**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7511**

_____

DAVID CRAWLEY,

          Plaintiff - Appellant,

     v.

GEORGE M. HINKLE; GREGORY HOLLOWAY; W. R. HENSLEY; M. B.
STURGILL; S. T. ISBELL,

          Defendants – Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, District
Judge.  (7:14-cv-00300-MFU-JCH)

_____

Submitted:  March 17, 2016          Decided:  March 21, 2016

_____

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Edward Crawley, Appellant Pro Se.  John Michael Parsons,
Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Edward Crawley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Crawley v. Hinkle, No. 7:14-cv-00300-MFU-JCH (W.D. Va. Aug. 25, 2015). We deny Crawley's motion for appointment of counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2